Blaec C. Croft
MᴄGᴜɪʀᴇWᴏᴏᴅs LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6057
Email: bcroft@mcguirewoods.com

*Counsel for Defendant Capital One, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

STEPHANE BERNARD,                    :    Case No. 1:24-cv-07291
                                     :
        Plaintiff,                    :
                                     :    **NOTICE OF**
v.                                   :    **SETTLEMENT**
                                     :
CAPITAL ONE BANK (USA), N.A.,        :
                                     :
        Defendant.                    :
                                     :
                                     :
                                     :

------------------------------------------------------------------- X

        Plaintiff Stephane Bernard ("Plaintiff") and Defendant Capital One, N.A., successor-by-merger to Capital One Bank (USA), N.A. ("Capital One"), hereby notify the Court that the present case has been settled between Plaintiff and Capital One (collectively, the "parties"), and states as follows:

        1.     Plaintiff and Capital One each consent to the filing of this Notice of Settlement.

        2.     The parties have reached an agreement to resolve this matter and are in the process of completing settlement terms.  The parties will file a Stipulation of Dismissal with prejudice once the terms of the settlement agreement have been satisfied, which the parties anticipate completing within the next 45 days.

        3.     Accordingly, the parties respectfully request that the Court enter an order staying

this action and adjourning all deadlines and conferences for a period of thirty (30) days.


Dated:  December 20, 2024

                              Respectfully submitted,

                              *s/ Blaec C. Croft*

                              Blaec C. Croft
                              MCGUIREWOODS LLP
                              Tower Two Sixty
                              260 Forbes Ave., Suite 1800
                              Pittsburgh, PA 15222
                              412.667.6057
                              bcroft@mcguirewoods.com

                              *Attorneys for Defendant*
                              *Capital One, N.A.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement has been served upon the following counsel of record and/or parties via the Court's CM/ECF filing system and/or via email, this 20th day of December, 2024:

/s/ Blaec C. Croft
Blaec C. Croft