**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANE BERNARD, | **Case No. 1:24-cv-07291-EK-RML** |
| *Plaintiff,* | |
| -against- | **STIPULATION AND PROPOSED ORDER OF DISMISSAL AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.** |
| CAPITAL ONE BANK (USA), N.A., | |
| *Defendant.* | |

     **IT IS HEREBY** stipulated and agreed by and between Plaintiff and Defendant Capital, N.A., successor by merger to Capital One Bank (USA), N.A. ("Capital One"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that (i) Plaintiff's claims against Capital One in the above-captioned action ("Action") are hereby dismissed with prejudice, and (ii) Plaintiff and Capital One shall bear their respective costs and attorney's fees incurred in connection with the Action.

Dated: January 6, 2025

| | |
|---|---|
| */s/ Adam G. Singer* | */s/ Blaec C. Croft* |
| Adam G. Singer | Blaec C. Croft |
| **LAW OFFICE OF ADAM G. SINGER, PLLC** | **MCGUIREWOODS LLP** |
| One Grand Central Place | Tower Two Sixty |
| 60 E. 42nd Street, Suite 4600 | 260 Forbes Ave., Suite 1800 |
| New York, NY 10165 | Pittsburgh, PA 15222 |
| asinger@adamsingerlaw.com | bcroft@mcguirewoods.com |
| 212.842.2428 | 412.667.6057 |
| | |
| *Counsel for Plaintiff Stephane Bernard* | *Counsel for Defendant Capital One, N.A.* |

**SO ORDERED.**

_____

The Honorable Eric R. Komitee
United States District Judge